UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES WILSON,

    Plaintiff,

v.                                            Case No. 5:14cv184/RS/CJK

JAMES BLACKWOOD, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    On August 7, 2014, plaintiff, proceeding *pro se* and *in forma pauperis*, initiated this case by filing a civil rights complaint (doc. 1). Plaintiff, however, failed to file his complaint on the required Northern District of Florida form. *See* N.D. Fla. Loc. R. 5.1(J). On August 14, 2014, the court issued an order directing plaintiff to file an amended complaint on the proper form within thirty days. (Doc. 5). Plaintiff requested a sixty-day extension of time in which to file the amended complaint (doc. 6); plaintiff's request was granted (doc. 8). Plaintiff failed to file an amended complaint. On November 21, 2014, the court ordered plaintiff to show cause within fourteen days why this case should not be dismissed for failure to comply with an order of the court. (Doc. 9). To date, plaintiff has not filed an amended complaint or responded to the court's show cause order.

    Accordingly, it is respectfully, RECOMMENDED:

    1.    That plaintiff's complaint (doc. 1) be DISMISSED WITHOUT PREJUDICE for failure to comply with an order of the court.

    2.    That the clerk be directed to close the file.

At Pensacola, Florida this 12th day of December, 2014.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**