**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JAMES WILSON,**

      **Plaintiff,**

**v.**                       **CASE NO. 5:14-cv-184-RS-CJK**

**JAMES BLACKWOOD, et al.,**

      **Defendants.**
_____/

<u>**ORDER**</u>

Before me is the December 12, 2014, Magistrate Judge's Report and Recommendation (Doc. 10). To date, no objections have been filed. I have reviewed the report *de novo*.

      **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on January 13, 2015.

                        <u>/S/ Richard Smoak</u>
                        **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**